*Robert E. Walsh,* assistant attorney general, in opposition.

Submitted September 1—decided September 20, 1978

EDNA BARRETT *v.* CLAIMS COMMISSIONER ET AL.

The plaintiff's petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Elizabeth B. Leete,* in support of the petition.

*Robert E. Walsh,* assistant attorney general, in opposition.

Submitted September 1—decided September 20, 1978

MARY MARQUIS *v.* CLAIMS COMMISSIONER ET AL.

The plaintiff's petition for certification for appeal from the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Elizabeth B. Leete,* in support of the petition.

*Robert E. Walsh,* assistant attorney general, in opposition.

Submitted September 1—decided September 20, 1978